IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IRA KENNETH BEARDEN, | ) | |
| Institutional ID No. 84783, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. |
| | ) | 1:09-CV-224-C |
| HAVENS, R.N., *et al.*, | ) | ECF |
| | ) | |
| Defendant(s). | ) | |

## **ORDER**

The United States Magistrate Judge entered a Report and Recommendation on February 25, 2010. No objections have been filed.

The Court accepts and adopts the findings, conclusions, and recommendation of the Magistrate Judge.

It is, therefore, ORDERED:

(1) Plaintiff's complaint and all claims alleged therein are dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), for failure to comply with the local rules and the orders of the court, and for severing contact with the court.

(2) Any pending motions are denied.

Plaintiff is admonished that if he re-files his civil rights complaint, he must either pay the full filing fee of $350.00 or file an application to proceed *in forma pauperis* and a certificate of his inmate trust account.

Dated March 23, 2010.

SAM R. CUMMINGS
UNITED STATES DISTRICT COURT